COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No.  01-13-00096-CV; *Lisa M. Okoh-Brown, Appellant v. Mark Brown, Appellee*

Date motion filed:      March 21, 2013

Type of motion:      Motion to Extend Time to File Brief

Party filing motion:   Appellant

Appellant Lisa Okoh-Brown requests an extension of time to file her brief until April 22, 2013.  The appellant's brief is due within thirty days "after the later of (1) the date the clerk's record was filed; or (2) the date the reporter's record is filed."  TEX. R. APP. P. 38.6.  The clerk's record currently is due to be filed April 12, 2013.  The briefing timetable for this appeal, therefore, has not yet commenced.

It is **ordered** that the above-referenced motion is **dismissed**.

Judge's signature:      /s/ Jane Bland
_____
Jane Bland
Justice, acting individually

Date:      March 22, 2013